UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| J.A.M.O.,<br><br>              Plaintiff,<br><br>     v.<br><br>MINGA WOFFORD, et al.,<br><br>              Defendants. | No. 1:26-cv-101 WBS JDP<br><br><br><br>ORDER RELATING CASES |
| JOSE MARROQUIN ORDONEZ,<br><br>              Plaintiff,<br><br>     v.<br><br>WARDEN OF THE MESA VERDE<br>DETENTION FACILITY, et al.,<br><br>              Defendants. | No. 1:26-cv-2420 JLT SKO |

----oo0oo----

Examination of the above-entitled actions reveals that, in light of the United States Attorney's representation that

1

J.A.M.O and Jose Marroquin Ordonez are the same person, these actions are related within the meaning of Local Rule 123(a), because they involve the same parties, are based on the same or similar claims, and involve similar questions of law and fact. Accordingly, the assignment of the matters to the same judge is likely to effect a saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated J.A.M.O. v. Minga Wofford, et al., Case No. 1:26-cv-101 WBS JDP, and Jose Marroquin Ordonez v. Warden of the Mesa Verde Detention Facility, et al., Case No. 1:26-cv-2420 JLT SKO, be, and the same hereby are, deemed related.  The case denominated Jose Marroquin Ordonez v. Warden of the Mesa Verde Detention Facility, et al., Case No. 1: 26-cv-2420 JLT SKO, shall be reassigned to District Judge WILLIAM B. SHUBB and Magistrate Judge JEREMY D. PETERSON. Henceforth, the captions on documents filed in the reassigned case shall be shown as Jose Marroquin Ordonez v. Warden of the Mesa Verde Detention Facility, et al., Case No. 1:26-cv-2420 WBS JDP.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:   April 23, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE