UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARROQUIN ORDONEZ,<br>Petitioner,<br>v.<br>WARDEN, MESA VERDE DETENTION FACILITY, *et al*.,<br>Respondents. | Case No. 1:26-cv-2420-WBS-JDP<br><br>ORDER |

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 18, 2026, the magistrate judge filed findings and recommendations herein, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 10. Neither party has filed objections.

Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 18, 2026, ECF No. 10, are ADOPTED in full;

2. Respondents' motion to dismiss, ECF No. 8, is GRANTED;
3. The petition for writ of habeas corpus, ECF No. 1, is DENIED; and
4. The Clerk of Court is directed to enter judgment accordingly and close this case.

Dated: October 9, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE